# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **SHELBY EICHENBERGER,** ) | |
|     **Plaintiff,** ) | |
| ) | **Case No. 17-cv-02692** |
| **v.** ) | |
| ) | |
| **RANSOM MEMORIAL HOSPITAL** ) | |
| ) | |
|     **Defendant.** ) | |
| ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

NOW, on this 30th day of March, 2018, the Court takes up for consideration the parties' Joint Stipulation of Dismissal with Prejudice. After full consideration of the matter, and being duly advised of the same, the Court determines that the parties' motion should be, and hereby is sustained. This case is hereby dismissed, with prejudice, with each party to bear their own costs and attorneys' fees.

**IT IS SO ORDERED**

March 30, 2018                                       s/ Carlos Murguia
Date                                                          Honorable Carlos Murguia
                                                                 United States District Court Judge